UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

| | |
|---|---|
| JUAN FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 17 CV 50124 |
| | ) |
| VIM TECHNOLOGIES, INC. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Juan Flores, and his counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice as to all claims.

Date: 1/3/18

_____
John W. Gaffney, Attorney for Plaintiff

_____
Steven E. Bers, Attorney for Defendant

Prepared By:
The Law Office of John W. Gaffney
67 North Ayer Street, Suite 101
Harvard, Illinois 60033
(815) 943-0900